

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 11 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STREAMLIGHT, INC.,

      **Plaintiff,**

-against-

JACOB GINDI, BRIDGEWATER
TECHNOLOGIES LLC, and JOHN DOES
1 through 10,

      **Defendants.**

------------------------------------------------------------x

<u>ORDER</u>

18-CV-987 (NG) (RLM)

**GERSHON, United States District Judge:**

By order dated April 22, 2019, the court referred to Chief Magistrate Judge Roanne L. Mann plaintiff Streamlight, Inc.'s ("Streamlight") motion for default judgment against defendants Jacob Gindi, Bridgewater Technologies LLC, and John Does 1 through 10. On October 1, 2019, Judge Mann issued a Report and Recommendation ("R&R") recommending that plaintiff's motion be granted in substantial part and denied in part. No objections having been filed, the court has reviewed the R&R for plain error, and finds none. Judge Mann's well considered conclusions are adopted in their entirety.

The Clerk of Court is directed to enter default judgment against defendants Jacob Gindi and Bridgewater Technologies LLC, jointly and severally, on Streamlight's trademark infringement and trademark counterfeiting claims under the Lanham Act, Streamlight's unfair competition and false designation of origin claim under the same, and Streamlight's unfair competition claim under New York common law. Plaintiff's claims under New York General Business Law §§ 349, 360-l, and its claims against the John Doe defendants, are dismissed.

Plaintiff is awarded $1,000,000 in statutory damages, attorneys' fees totaling $48,074 and costs totaling $3,221.96, but its request for an accounting is denied. In addition, the Clerk of Court

should enter permanent injunctive relief as follows: Defendants Jacob Gindi and Bridgewater Technologies LLC, and each of their owners, affiliates, partners, subsidiaries, associates, directors, officers, agents, servants, employees, successors, assigns, owners, and all others under their control or acting in concert with them or having knowledge thereof, are permanently enjoined from (1) offering goods or services under a mark consisting of, or substantially similar to, marks identified by the Streamlight Registrations; and (2) committing any other act likely to cause confusion, mistake, or deception pursuant to 15 U.S.C. § 1116 in connection with Streamlight, its marks, or its goods and services.

The Clerk of Court should also enter a delivery-and-destruction order as follows: Defendants Jacob Gindi and Bridgewater Technologies LLC are ordered to deliver to Streamlight, for destruction, (1) all infringing products and (2) all other products, packaging, labels, signs, promotional materials, advertisements, and other communications to the public in their possession or under their control bearing any material or representations that are or may be false or misleading as to Streamlight's association with defendants. To the extent Streamlight requests a seizure order in connection with its destruction request, that request is denied.

SO ORDERED.

/s/ Nina Gershon
**NINA GERSHON**
**United States District Judge**

December 11, 2019
Brooklyn, New York